1  Robert F. Schwartz, SBN 227327
   rschwartz@truckerhuss.com
2  Michelle L. Schuller, SBN 255787
   mschuller@truckerhuss.com
3  TRUCKER ✦ HUSS
   A Professional Corporation
4  100 Montgomery Street, 23rd Floor
   San Francisco, California  94104
5  Telephone:     (415) 788-3111
   Facsimile:      (415) 421-2017
6
   Attorneys for Defendant
7  Charles Schwab & Co., Inc.

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10 CHARLES G. GOLDMAN,                          Case No. C:10-01470 MMC

11              Plaintiff,                       **STIPULATION AND [PROPOSED]**
                                                 **ORDER CONTINUING HEARING ON**
12       vs.                                     **DEFENDANT'S MOTION FOR**
                                                 **PARTIAL DISMISSAL AND TO STRIKE**
13 CHARLES SCHWAB & CO., INC., A                 **PARAGRAPH 42 TO JULY 16, 2010**
   CALIFORNIA CORPORATION,                       AND CONTINUING CASE MANAGEMENT
14                                               CONFERENCE
                Defendant.
15                                               **DATE:  ~~July 9, 2010~~**
                                                 **TIME:  9:00 AM**
16                                               **LOCATION:  Courtroom 7, 19th Floor**
                                                 **Judge:  Honorable Maxine M. Chesney**
17

18       Defendant CHARLES SCHWAB & CO., INC. ("Defendant") and Plaintiff CHARLES G.

19 GOLDMAN ("Plaintiff") hereby stipulate, by and through their respective counsel, to continue the

20 hearing on Defendant's Motion for Partial Dismissal and to Strike Paragraph 42 from July 9, 2010,

21 to July 16, 2010, at 9:00 a.m.  The continuance is needed to accommodate scheduling conflicts of

22 Defendant's counsel, and to coordinate the hearing with the date of the Case Management

23 Conference, currently scheduled for July 16, 2010, at 10:30 a.m.  This extension will not alter any

24 dates or deadlines set by Court order.

25 DATED:  May 27, 2010
                                                 TRUCKER ✦ HUSS
26

27                                               By: /s/Robert F. Schwartz_____
                                                     Robert F. Schwartz
28                                                   Attorneys for Defendant
                                                     Charles Schwab & Co., Inc.

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR          1
PARTIAL DISMISSAL AND TO STRIKE PARAGRAPH 42 TO JULY 16, 2010, Case No. C:10-01470 MMC
#1085381

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California  94104

DATED: May 27, 2010

/s/ Russell Leibson
Russell Leibson
Attorneys for Plaintiff
Charles G. Goldman

I attest that my firm has obtained Mr. Leibson's concurrence in the filing of this document.

DATED:  May 27, 2010

TRUCKER ✦ HUSS

By:  /s/Robert F. Schwartz
Robert F. Schwartz
Attorneys for Defendant
Charles Schwab & Co., Inc.

IT IS SO ORDERED.

The Court finds the Case Management Conference would be of greater assistance, however, after the instant motion has been resolved.  Accordingly, the Case Management Conference is hereby CONTINUED to August 6, 2010.  A Joint Case Management Statement shall be filed no later than July 30, 2010.

DATED:  June 1             , 2010

Honorable Maxine M. Chesney, Judge
United States District Court, Northern District of California

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR PARTIAL DISMISSAL AND TO STRIKE PARAGRAPH 42 TO JULY 16, 2010, Case No. C:10-01470 MMC
#1085381

2

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California  94104