IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES G. GOLDMAN,<br><br>    Plaintiff,<br>  v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>    Defendant. | No. C 10-1470 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Before the Court is the parties' defendant's Joint Case Management Statement, filed July 29, 2010.

    Having read and considered the Statement, the Court finds it appropriate to continue the Case Management Conference in light of the pendency of defendant's Motion for Partial Dismissal and to Strike Paragraphs 42 and 43 of First Amended Complaint, and in light of the parties' private mediation scheduled for September 21, 2010.

    Accordingly, the Case Management Conference is hereby CONTINUED from August 6, 2010 to October 8, 2010. A Joint Case Management Statement shall be filed no later than October 1, 2010.

    **IT IS SO ORDERED.**

Dated: July 30, 2010

                                                        MAXINE M. CHESNEY
                                                        United States District Judge