Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:    (415) 788-3111
Facsimile:    (415) 421-2017

Attorneys for Defendant
Charles Schwab & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHARLES G. GOLDMAN, | Case No. C:10-01470 MMC |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DEADLINES** |
| vs. | |
| CHARLES SCHWAB & CO., INC., A CALIFORNIA CORPORATION, | AND ORDER THEREON |
| Defendant. | |

The parties to this action have reached a settlement in principle of all claims and are in the process of executing a written settlement agreement. The parties anticipate that they will have a fully executed formal settlement agreement within the next 30 days, at which time they will file a stipulated dismissal of this action. The parties therefore request that the Court vacate all current deadlines, and take off calendar the Case Management Conference currently scheduled for October 8, 2010.

DATED: September 24, 2010

                                                TRUCKER ✦ HUSS

                                        By: /s/ Robert F. Schwartz
                                            Robert F. Schwartz, Attorneys for Defendant
                                            Charles F. Schwab & Co., Inc.

DATED: September 24, 2010

/s/Russell Leibson
Russell Leibson, Attorneys for Plaintiff
Charles G. Goldman

I attest that my firm has obtained Mr. Leibson's concurrence in the filing of this document.

DATED: September 24, 2010

TRUCKER ✦ HUSS

By: /s/Robert F. Schwartz
Robert F. Schwartz, Attorneys for Defendant
Charles Schwab & Co., Inc.

IT IS SO ORDERED, with the exception that the Case Management Conference is CONTINUED from October 8, 2010 to November 12, 2010.

DATED:  September 27, 2010

_____
Honorable Maxine M. Chesney
United States District Judge

NOTICE OF SETTLEMENT; Case No. C:10-01470 MMC                                    2

#1111031