```
Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California  94104
Telephone:    (415) 788-3111
Facsimile:    (415) 421-2017
```

Attorneys for Defendant
Charles Schwab & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES G. GOLDMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHARLES SCHWAB & CO., INC., A CALIFORNIA CORPORATION,<br><br>　　　　　Defendant. | Case No. C:10-01470 MMC<br><br>**NOTICE OF EXECUTION OF SETTLEMENT AGREEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>AND ORDER THEREON |

　　　The parties to this action executed a written settlement agreement (the "Agreement") on November 4, 2010, pursuant to which the parties will file a dismissal with prejudice of this action within the next two weeks provided that certain conditions required by the Agreement are satisfied. The parties therefore respectfully request that the Court continue for 30 days the Case Management Conference, which is currently scheduled for Friday, November 12.

DATED:  November 4, 2010

　　　　　　　　　　　　　　　　　　TRUCKER ✦ HUSS


　　　　　　　　　　　　　　　　　　By: /s/ Robert F. Schwartz
　　　　　　　　　　　　　　　　　　　　Robert F. Schwartz, Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　Charles F. Schwab & Co., Inc.

NOTICE OF EXECUTION OF SETTLEMENT AGREEMENT AND REQUEST TO CONTINUE MANAGEMENT CONFERENCE; Case No. C:10-01470 MMC
#1122251

1

DATED: November 4, 2010

/s/Russell Leibson
Russell Leibson, Attorneys for Plaintiff
Charles G. Goldman

I attest that my firm has obtained Mr. Leibson's concurrence in the filing of this document.

DATED:  November 4, 2010

TRUCKER ✦ HUSS

By: /s/Robert F. Schwartz
Robert F. Schwartz, Attorneys for Defendant
Charles Schwab & Co., Inc.

IT IS SO ORDERED.  Specifically, the Case Management Conference is CONTINUED to December 10, 2010.  A Joint Case Management Statement shall be filed no later than December 3, 2010.

DATED:  November 5, 2010

_____
Honorable Maxine M. Chesney
United States District Judge

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

NOTICE OF EXECUTION OF SETTLEMENT AGREEMENT AND REQUEST TO CONTINUE MANAGEMENT CONFERENCE; Case No. C:10-01470 MMC
#1122251

2